UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH NATHANIEL NEWLIN,

                Plaintiff,

-v-

ANDREW M. SAUL,

                Defendant.

CIVIL ACTION NO.: 19 Civ. 6248 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On March 13, 2020, by stipulation of the parties, this matter was remanded to the Commissioner of Social Security for further administrative review. (ECF No. 23 (the "Stipulation")). In their Stipulation, the parties indicated their "consent to final Magistrate Judge Jurisdiction in this case." (Id.). On May 19, 2021, Plaintiff advised the Court that the remand "led to an outright award of benefits," and filed a motion for attorneys fees pursuant to 42 U.S.C. § 406(b). (ECF No. 27 at 1).

The parties' Stipulation was not sufficient to effect the reassignment of this case to a Magistrate Judge. To do so, the parties must file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order.

Dated:    New York, New York
            June 7, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**